IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01316-RM-BNB

CHERYL KIRKLAND, and
ROBERT KIRKLAND,

Plaintiffs,

v.

WESTERNLAW GROUP, LLC,

Defendant.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to a telephone call from plaintiffs' counsel, it has come to the attention of the Court that this matter has been resolved.

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **August 18, 2014**, or a status report addressing why dismissal has not been accomplished.

IT IS FURTHER ORDERED that all future hearings set before Magistrate Judge Boland are **vacated**.

IT IS FURTHER ORDERED that the **Motion to Strike Affirmative Defenses** [17] is **DENIED AS MOOT**.

DATED: August 4, 2014