**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-1316-RM-BNB

CHERYL KIRKLAND and ROBERT KIRKLAND,

    Plaintiffs,

v.

WESTERNLAW GROUP LLC,

    Defendant.

___

**ORDER re: UNOPPOSED MOTION TO DISMISS WITH PREJUDICE (ECF NO. 26)**
___

This matter comes before the Court on the Parties' Unopposed Motion to Dismiss With Prejudice (ECF No. 26). The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Unopposed Motion to Dismiss with Prejudice is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party is to bear its own costs and attorney fees.

DATED this 15th day of September, 2014.

                                                      _____
                                                      RAYMOND P. MOORE
                                                      United States District Judge